UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HARTFORD MUTUAL INSURANCE COMPANY<br>　　PLAINTIFF,<br><br>v.<br><br>STREAMLINE DEVELOPERS, LLC, JORDAN MAROULES, AUTO-OWNERS INSURANCE COMPANY, BUILDERS MUTUAL INSURANCE COMPANY, LEACHMAN STOLLER HOME PLAN DESIGN, LLC, and NANCY STOLLER<br>　　DEFENDANTS. | Case No.: 4:22-cv-00008-BO |

## NOTICE OF APPEARANCE

Jonathan T. Dickerson of J.C. White Law Group PLLC enters his appearance as Counsel on behalf of Defendants Leachman Stoller Home Plan Design, LLC and Nancy Stoller and asks that all correspondence and pleadings related to this case be directed to him at the address below.

Dated: February 4, 2022

**J.C. WHITE LAW GROUP PLLC**

/s/ Jonathan T. Dickerson
Jonathan T. Dickerson, N.C. Bar # 57871
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
jdickerson@jcwhitelaw.com
(919) 246-4676
(919) 246-9113 fax

*Attorney for Leachman Stoller Home Plan Design, LLC an Nancy Stoller*