# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Harford Mutual Insurance Company ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 4:22-cv-00008-BO |
| Streamline Developers, LLC, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Builders Mutual Insurance Company .

Date: February 11, 2022

/s/ Heather G. Connor
*Attorney's signature*

Heather G. Connor/Bar No: 27653
*Printed name and bar number*
McAngus Goudelock & Courie, PLLC
Post Office Box 30307
Charlotte, North Carolina 28230

*Address*

heather.connor@mgclaw.com
*E-mail address*

(704) 643-6303
*Telephone number*

(704) 643-2376
*FAX number*