IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-8-BO

| | | |
|---|---|---|
| HARTFORD MUTUAL INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| STREAMLINE DEVELOPERS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiff's motion to amend the first amended complaint and to realign defendants Streamline Developers, LLC and Jordan Maroules as plaintiffs. This motion follows the filing of a notice of partial settlement. [DE 49].

For good cause shown, the motion to amend to realign the parties [DE 50] is GRANTED. A signed and dated second amended complaint shall be filed not later than October 15, 2022. In light of the filing of an amended complaint and the partial settlement, all pending motions to dismiss [DE 25, 31, 41, and 43] are DENIED WITH PREJUDICE to refiling within fourteen days of the filing of the second amended complaint if necessary.

SO ORDERED, this __4__ day of October 2022.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDG